BASICNET S.P.A. et al., Respondents, v CFP SERVICES LTD., Doing Business as CFP TRADE SERVICES, Appellant, et al., Defendants.

Submitted July 28, 2014; decided September 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.